# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANN-MARIE RETZLAFF,

    Plaintiff,

v.                                                                                         Case No. 22-CV-755-SCD

HEARTLAND FINANCIAL
USA, INC., BANK FIRST NATIONAL,
JOHN DOE, JANE DOE,

    Defendants.

## REPORT AND RECOMMENDATION

On March 6, 2023, I ordered Plaintiff to show cause why this action should not be dismissed on its merits. *See* ECF No. 17. This order was mailed to the address provided by the plaintiff. Plaintiff did not respond within the designated timeframe, and the order was returned as undeliverable. *See* ECF No. 18. Because not all parties have had the opportunity to consent to magistrate-judge jurisdiction, I cannot "resolve the case finally." *See Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461, 475 (7th Cir. 2017). Accordingly, the clerk of court is directed to assign this case back to District Judge Brett Ludwig for consideration of the following recommendations: that this action be dismissed, and judgment be entered accordingly.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic

case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the court in writing.

**SO ORDERED** this 23rd day of June, 2023.

_____
STEPHEN C. DRIES
United States Magistrate Judge